# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA
### 600 GRANBY STREET
### NORFOLK. VIRGINIA 23510

CHAMBERS OF
JEROME B. FRIEDMAN
DISTRICT JUDGE

June 13, 2007

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

      Re:    Calendar Year 2006 Filing

Dear Judge Smith:

As per your letter dated June 7, 2007, I have enclosed three copies of my Amended 2006 Financial Disclosure Report where I have added "none" to all of the assets in Part VII mentioned in your letter.

I was confused, however, because on May 25, 2007, I received a letter from you stating that my report was complete.

Very truly yours,



Jerome B. Friedman

dgs

Enclosures

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friedman, Jerome B | Eastern District of Virginia | 06/13/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court<br>600 Granby Street<br>Norfolk, VA 23510 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Visitors | Wake Forest University School of Law |
| 2. Director | Virginia Opera |
| 3. Director | Virginia Opera Foundation |
| 4. Director | Beth Sholom Village |
| 5. Director | Beth Sholom Sands |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 A 10: 24 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 06/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Virginia Retirement System | $ 51,174 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Virginia Retirement System |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 06/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Treasury Note | A | Interest | J | T | | | | | |
| 2. Merrill Lynch CMA | A | Dividend | J | T | | | | | |
| 3. Affymetrix Inc | | None | | | Sold | 1/26 | J | A | |
| 4. Alcoa Inc. | | None | | | Sold | 10/23 | J | A | |
| 5. Amgen Inc. | | None | J | T | | | | | |
| 6. Clorox Co. | | None | | | Sold | 1/26 | J | A | |
| 7. Cnooc Ltd | | None | | | Sold | 1/26 | J | A | |
| 8. ConocoPhillips | | None | | | Sold | 1/26 | J | A | |
| 9. Electronic Arts Inc. | | None | | | Sold | 1/26 | J | A | |
| 10. Gillette Co. | A | Dividend | J | T | | | | | |
| 11. Lowe's Co. | | None | | | Sold | 9/25 | J | A | |
| 12. Marriott International Inc. | | None | | | Sold | 1/26 | J | A | |
| 13. Procter Gamble | | None | | | Sold | 1/26 | K | A | |
| 14. Stryker Corp. | | None | | | Sold | 1/26 | J | A | |
| 15. TowneBank | | None | | | Sold | 1/26 | J | A | |
| 16. Univision Comm Inc. | | None | | | Sold | 1/26 | J | A | |
| 17. 3M Co. | | None | | | Sold | 1/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Verisign | | None | | | Sold | 1/26 | J | A | |
| 19. Citiraya Ind. Inc. | | None | J | T | | | | | |
| 20. Zimmer Holdings Inc. | | None | | | Sold | 1/26 | J | A | |
| 21. Williams Companies Del | A | Dividend | J | T | | | | | |
| 22. Autodesk Inc. | | None | | | Sold | 10/23 | J | A | |
| 23. Consol Energy Inc. | | None | J | T | | | | | |
| 24. Cooper Cameron Corp. | | None | J | T | | | | | |
| 25. Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 26. Genentech Inc. | | None | J | T | | | | | |
| 27. GlaxoSmithKline | | None | | | Sold | 1/26 | J | A | |
| 28. Home Depot | | None | | | Sold | 1/26 | J | A | |
| 29. ITT Inds Inc Indiana | | None | | | Sold | 1/26 | J | A | |
| 30. Jacobs Engn Grp Inc. | | None | | | Sold | 1/26 | J | A | |
| 31. Matsushta El Ind | | None | J | T | | | | | |
| 32. Olin Corp. | A | Dividend | J | T | | | | | |
| 33. Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 34. Shiseido Ltd | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lynchburg, Va. Centralia Health Care Bond | A | Interest | M | T | | | | | |
| 36. Thermo Electron Corp. | | None | J | T | Buy | 3/27 | J | | |
| 37. Verizon Communications Com | A | Dividend | J | T | Buy | 3/27 | J | | |
| 38. Wyeth | A | Dividend | J | T | Buy | 3/27 | J | | |
| 39. AT&T | A | Dividend | J | T | Buy | 7/24 | J | | |
| 40. Motorola | A | Dividend | J | T | Buy | 7/24 | J | | |
| 41. Dobson Communications | | None | J | T | Buy | 9/25 | J | | |
| 42. Novartis | A | Dividend | J | T | Buy | 9/25 | J | | |
| 43. Raytheon | A | Dividend | J | T | Buy | 9/25 | J | | |
| 44. Duke | A | Dividend | J | T | Buy | 11/28 | J | | |
| 45. Agrium | A | Dividend | J | T | Buy | 11/28 | J | | |
| 46. Caterpillar | A | Dividend | J | T | Buy | 11/28 | J | | |
| 47. Johnson & Johnson | A | Dividend | J | T | Buy | 11/28 | J | | |
| 48. Transocean | | None | J | T | Buy | 11/28 | J | | |
| 49. Bank of America Investment Services Fund Strategies | A | Dividend | M | T | Buy | 1/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Friedman, Jerome B | 06/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 06/13/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                                                          Date  6/13/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Friedman, Jerome B | 2. Court or Organization Eastern District of Virginia | 3. Date of Report 05/02/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☒ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address U.S. District Court 600 Granby Street Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Visitors | Wake Forest University School of Law |
| 2. Director | Virginia Opera |
| 3. Director | Virginia Opera Foundation |
| 4. Director | Beth Sholom Village |
| 5. Director | Beth Sholom Sands |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -7 A 10: 26 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Virginia Retirement System | $ 51,174 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Virginia Retirement System |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Treasury Note | A | Interest | J | T | | | | | |
| 2. Merrill Lynch CMA | A | Dividend | J | T | | | | | |
| 3. Affymetrix Inc | | | | | Sold | 1/26 | J | A | |
| 4. Alcoa Inc. | | | | | Sold | 10/23 | J | A | |
| 5. Amgen Inc. | | None | J | T | | | | | |
| 6. Clorox Co. | | | | | Sold | 1/26 | J | A | |
| 7. Cnooc Ltd | | | | | Sold | 1/26 | J | A | |
| 8. ConocoPhillips | | | | | Sold | 1/26 | J | A | |
| 9. Electronic Arts Inc. | | | | | Sold | 1/26 | J | A | |
| 10. Gillette Co. | A | Dividend | J | T | | | | | |
| 11. Lowe's Co. | | | | | Sold | 9/25 | J | A | |
| 12. Marriott International Inc. | | | | | Sold | 1/26 | J | A | |
| 13. Procter Gamble | | | | | Sold | 1/26 | K | A | |
| 14. Stryker Corp. | | | | | Sold | 1/26 | J | A | |
| 15. TowneBank | | | | | Sold | 1/26 | J | A | |
| 16. Univision Comm Inc. | | | | | Sold | 1/26 | J | A | |
| 17. 3M Co. | | | | | Sold | 1/26 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
3. Value Method Codes    Q =Appraisal    V =Other    S =Assessment
(See Column C2)    U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Verisign | | . | | | Sold | 1/26 | J | A | |
| 19. Citiraya Ind. Inc. | | None | J | T | | | | | |
| 20. Zimmer Holdings Inc. | | | | | Sold | 1/26 | J | A | |
| 21. Williams Companies Del | A | Dividend | J | T | | | | | |
| 22. Autodesk Inc. | | | | | Sold | 10/23 | J | A | |
| 23. Consol Energy Inc. | | None | J | T | | | | | |
| 24. Cooper Cameron Corp. | | None | J | T | | | | | |
| 25. Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 26. Genentech Inc. | | None | J | T | | | | | |
| 27. GlaxoSmithKline | | | | | Sold | 1/26 | J | A | |
| 28. Home Depot | | | | | Sold | 1/26 | J | A | |
| 29. ITT Inds Inc Indiana | | | | | Sold | 1/26 | J | A | |
| 30. Jacobs Engn Grp Inc. | | | | | Sold | 1/26 | J | A | |
| 31. Matsushta El Ind | | None | J | T | | | | | |
| 32. Olin Corp. | A | Dividend | J | T | | | | | |
| 33. Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 34. Shiseido Ltd | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lynchburg, Va. Centralia Health Care Bond | A | Interest | M | T | | | | | |
| 36. Thermo Electron Corp. | | None | J | T | Buy | 3/27 | J | | |
| 37. Verizon Communications Com | A | Dividend | J | T | Buy | 3/27 | J | | |
| 38. Wyeth | A | Dividend | J | T | Buy | 3/27 | J | | |
| 39. AT&T | A | Dividend | J | T | Buy | 7/24 | J | | |
| 40. Motorola | A | Dividend | J | T | Buy | 7/24 | J | | |
| 41. Dobson Communications | | None | J | T | Buy | 9/25 | J | | |
| 42. Novartis | A | Dividend | J | T | Buy | 9/25 | J | | |
| 43. Raytheon | A | Dividend | J | T | Buy | 9/25 | J | | |
| 44. Duke | A | Dividend | J | T | Buy | 11/28 | J | | |
| 45. Agrium | A | Dividend | J | T | Buy | 11/28 | J | | |
| 46. Caterpillar | A | Dividend | J | T | Buy | 11/28 | J | | |
| 47. Johnson & Johnson | A | Dividend | J | T | Buy | 11/28 | J | | |
| 48. Transocean | | None | J | T | Buy | 11/28 | J | | |
| 49. Bank of America Investment Services Fund Strategies | A | Dividend | M | T | Buy | 1/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Friedman, Jerome B | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 05/02/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___5/2/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544